COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER WITHDRAWING MEDIATION ORDER

Cause number:      01-18-00632-CV

Style:           Cliff Santellana and Gulf-Tex Roofing & Services, LLC d/b/a Gulf-Tex Roofing & Services v. Centimark Corporation

Date motion filed:    August 22, 2018

Type of Motion:     Objection to Mediation

Party filing motion:   Appellee

It is **ordered** Appellee's objection to mediation is granted.  We withdraw our Mediation Order dated August 20, 2018 .

Judge's signature: /s/ Russell Lloyd
              X Acting individually    Acting for the Court

              <u>Panel consists of</u>

Date: August 28, 2018

---

\*       Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* TEX. R. APP. P. 10.3(a).

**Note**:    Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing.  TEX. R. APP. P. 10.4(a).